**UNITED STATES of America,**
**Plaintiff–Appellant,**

v.

**Bassam E. KASSAB, Defendant–**
**Appellee.**

No. 04–30511.

United States Court of Appeals,
Ninth Circuit.

Submitted June 5, 2007 *.

Filed June 15, 2007.

Kent S. Robinson, AUSA, Jonathan Haub, AUSA, Office of the U.S. Attorney, Portland, OR, for Plaintiff–Appellant.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Lawrence Matasar, Esq., Portland, OR, for Defendant–Appellee.

Before: LEAVY, RYMER, and T.G. NELSON, Circuit Judges.

## MEMORANDUM **

The United States appeals from the sentence imposed on Bassam E. Kassab following his guilty-plea conviction for intentionally possessing and distributing pseudoephedrine in violation of 21 U.S.C. § 841(c)(2). We have jurisdiction under 28 U.S.C. § 1291.

We vacate and remand for resentencing pursuant to *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). *Booker* requires remand where a district court did not believe it had discretion to sentence a defendant above the drug quantity to which he stipulated in his plea agreement. *See id.* at 267, 125 S.Ct. 738 (remanding Fanfan's case for resentencing because, relying upon *Blakely v. Washington,* 542 U.S. 961, 125 S.Ct. 21, 159 L.Ed.2d 851 (2004), the district court had erroneously imposed a sentence based solely upon the guilty verdict in the case); *see also United States v. Ruiz–Alonso,* 397 F.3d 815, 819 (9th Cir.2005) (remanding under similar circumstances).

Because we cannot say that the district judge would have imposed the same sentence in the absence of the mandatory

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Guidelines, we vacate the sentence and remand for resentencing in a manner consistent with *Booker. See United States v. Moreno–Hernandez,* 419 F.3d 906, 916 (9th Cir.2005).

**VACATE and REMANDED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.